**EXHIBIT A**

# COMPLETE
## CREDIT SOLUTIONS INC.

5 August, 2004

CHESTER TRAWICK
1019 Singletary Rd
Abbeville, AL 36310

RE: CITIFINANCIAL
Reference Number: 09540138081

**Account Balance:** $7,854.21
**Account Number:** 25199

DEAR CHESTER TRAWICK,

Your account has now been placed with the Asset Investigation Department. This department will search out information concerning you and any co-signers responsible for this account. Their investigation will document the following information:

1. Verification of employment.
2. Ownership of personal or real property.
3. Verification of checking and savings accounts.
4. Verification of personal and/or business credit history.

Upon completion of this investigation, the Asset Investigation Department will evaluate all information obtained and seek approval to file suit against any and all responsible parties. In the event a judgement is awarded, the following demands will be made:

1. Full garnishment of wages (as allowed by state and federal laws).
2. Attachment or lien on all personal or real properties (contingent of state and federal laws).
3. Attachment of bank accounts (as allowed by state and federal laws).

It is our intent to pursue the collection of this debt through every means possible. To avoid this investigation and future legal action, you must contact this office within five (5) working days from the date of this letter.

Sincerely

Vesta Miller

This is an attempt to collect a debt. Any information obtained through this correspondence will be used for that purpose.

2921 Brown Trail, Suite 100 • Bedford, TX 76021-4144 • 800-609-1144 • Fax 888-856-2101