**EXHIBIT B**

# COMPLETE
## CREdiT SoluTioNs INc.

December 3, 2004

CHESTER TRAWICK
1019 Singletary Rd
Abbeville, AL 36310

RE: CITIFINANCIAL
Reference Number: 09540138081

| Account Number: | Account Balance: |
|---|---|
| 25199 | $7,830.60 |

| Last Payment Amount: | Last Payment Date: |
|---|---|
| $50.00 | 11/01/2004 |

DEAR CHESTER TRAWICK,

Failure to maintain your payment agreement with Complete Credit Solutions leaves us no alternative but to proceed with legal action.

To avoid legal action you must contact this office today to reinstate your existing payment agreement. You may also request a change to your existing agreement if necessary.

Voluntary settlement of your debt is a benefit to you. Contact us immediately at 800-609-1144 to avoid additional collection activity and future legal action.

Sincerely,

Cliff Moore

This is an attempt to collect a debt. Any information obtained through this correspondence will be used for that purpose.

2921 Brown Trail, Suite 100  •  Bedford, TX 76021-4144  •  800-609-1144  •  Fax 888-856-2101