AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CHESTER TRAWICK, PLAINTIFF

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05cv648-W

TO: (Name and address of Defendant)

COMPLETE CREDIT SOLUTIONS, INC.
2921 BROWN TRAIL, STE 100
BEDFORD, TX 76021-4174

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON
POST OFFICE DRAWER 6504
DOTHAN, AL 36302-6504

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                            7/20/05

CLERK                                          DATE

*/s/ Carther*

(By) DEPUTY CLERK