**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   COMPLETE CREDIT SOLUTIONS, INC
   2921 BROWN TRAIL, STE 100
   BEDFORD, TX 76021-4174

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_         ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   C. Moore                        7/25

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

   1:05cv648-W

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 0860 0008 4125 6186

Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540