IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHESTER TRAWICK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE #: 1:05-cv-00648-SRW |
| | ) | |
| COMPLETE CREDIT SOLUTIONS, INC., | ) | **JURY DEMAND** |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

In the above-styled adversary proceeding, the Plaintiff, Chester Trawick, by and through his undersigned attorney, submits this Notice of Dismissal, with Prejudice, as to Complete Credit Solutions, Inc.

Respectfully submitted,

ESPY, METCALF & POSTON, P.C.

*/s/ David G. Poston*
David G. Poston
326 North Oates Street
Post Office Drawer 6504
Dothan, Alabama 36302
334-793-6288
Email: lt@emppc.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon the following, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed or by electronic mail this the **8th** day of **September** 2005:

*/s/ David G. Poston*
David G. Poston

Complete Credit Solutions, Inc.
Attn: William Edwards
2921 Brown Trail
Suite 100
Bedford, Texas 76021-4144

Page 1 of  1