**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

September 9, 2005

**Notice of Dismissal of Case**

To:   All Parties

Re:   Chester Trawick  v. Complete Credit Solutions, Inc.
      Civil Action No.  1:05cv648-W

  Pursuant to the Notice of Dismissal of Adversary Proceeding With Prejudice filed by the Plaintiff on September 8, 2005,  this case has been closed and removed from the pending docket of this court.